UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

JOHLANIS CORTEZ ERVIN,

       Petitioner,                                Case No.  2:10-CV-236

v.                                                HON. GORDON J. QUIST

GREG McQUIGGIN,

       Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that the magistrate judge's Report and Recommendation issued March 22, 2013 (Docket no. 33) is **APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Objection (Docket no. 34) is **OVERRULED**.

This case is concluded.

Dated: July 8, 2013                                                    /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE